IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 18CR30005-MJR |
| ) | |
| JEREMY JONES, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION OF FACTS**

Comes now, Donald Boyce, United States Attorney for the Southern District of Illinois, and Jennifer Hudson, Assistant United States Attorney, together with the Defendant, Jeremy Jones, and his attorney Daniel Cronin, and hereby enter into the following Stipulation of Facts consistent with Section 1B1.3 of the United States Sentencing Guidelines pertaining to the Defendant's relevant conduct.

1. On Wednesday November 8, 2017 at 03:59 a.m., Jeremy Jones broke into WW Sales at 134 E. Main St. in Ashley, Washington County, within the Southern District of Illinois.

2. WW Sales is a store owned and operated on a premises by a person who is licensed to engage in the business of importing or dealing in firearms.

3. Jones broke two of the glass display cases and took multiple firearms from WW Sales' inventory of firearms. On November 8, 2017, Jones knowingly took the firearms into his possession.

4. The owner of WW Sales provided law enforcement with a list of the stolen firearms. Each of the firearms traveled in interstate commerce before being placed in WW Sales' inventory prior to November 8, 2017.

5. The firearms include:

   a. One, Mossberg, .12 gauge shotgun, Model 500, serial number NRA002019
   b. One, Ruger .38 caliber Pistol, Model SP 101, serial number 576-11242
   c. One, Ruger. 22 caliber Pistol, Model Single Ten, serial number 81027336
   d. One, Ruger .357 caliber Pistol, Model GP 100, serial number 178-55877
   e. One, Sig Saur, .45 caliber Pistol, Model P220, serial number 37B053936
   f. One, Sig Saur, 9mm Pistol, Model P938, serial number 52B324302
   g. One, Beretta, 9mm Pistol, Model Nano, serial number NU110828
   h. One, Springfield .40 caliber Pistol, Model XD, serial number XD381926

6. Ultimately, Jeremy Jones was arrested, provided Miranda Warnings, waived those warnings, and agreed to speak with law enforcement. Jones explained in detail the events of the burglary and admitted taking the firearms stolen from the gun store and trading them to his drug dealer in St. Louis.

7. Before Wednesday November 8, 2017, Jones was previously convicted of a felony punishable by imprisonment for a term exceeding one year, namely: Unlawful Possession of a Controlled Substance, in case number 2015CF33, filed within the District Court of Clinton County, Illinois,

**SO STIPULATED**

_____
JEREMY JONES
Defendant

_____
JENNIFER HUDSON
Assistant United States Attorney

_____
DANIEL CRONIN
Counsel for the Defendant

6-22-18

3